[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-13698

Non-Argument Calendar

_____

CARL M. HILL,

Plaintiff-Appellant,

*versus*

S. ALEXANDRA MANNING,
County Magistrate; Individual and Official Capacity,
SCOTT M. KAYE,
Judicial Officer; Individual and Official Capacity,
MEGAN MILLER,
Guardian Ad Litem/ Mediator; Individual and Official Capacity,
CRAIG L. SCHWALL,
Superior Court Judge; Official Capacity,

2                        Opinion of the Court                    24-13698

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:21-cv-04549-SDG

_____

Before WILSON, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Carl Hill seeks to appeal from the district court's September 30, 2024 order denying his motion for reconsideration under Federal Rule of Civil Procedure 60(b) and denying him relief under Federal Rule of Appellate Procedure 4(a)(6). The 30-day statutory time limit required Hill to file a notice of appeal from that order on or before October 30, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). However, Hill did not file his notice of appeal until November 4, 2024.

Lastly, the record contains no basis for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). *See* Fed. R. App. P. 4(a)(5) (providing that a party may move to extend the time for filing a notice of appeal within 30 days of entry of the order or judgment); *id.* R. 4(a)(6)(A) (providing that the court may reopen the time to file an appeal for a period of 14 days where a party does not receive timely notice of the entry of the order or judgment).

24-13698               Opinion of the Court                 3

Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.